Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS



)
 

IN RE: ROSALINDA MARTINEZ, )
 No. 08-03-00512-CV

)


 Relator.
)
 AN ORIGINAL PROCEEDING

)


)
 IN MANDAMUS

)



OPINION ON PETITION FOR WRIT OF MANDAMUS



 This is an original proceeding in mandamus. Rosalinda Martinez, Relator, seeks a writ of
mandamus requiring the Honorable Patricia Macias, Judge of the 388th District Court of El Paso
County, to vacate or set aside a final decree of divorce. In the time since Relator filed her petition
for writ of mandamus, Respondent has entered an order granting Relator's motion for new trial. 
Because Relator has been granted the relief she sought by her petition for writ of mandamus, we
deny the petition as moot.

PER CURIAM


Before Panel No. 4

Barajas, C.J., Larsen, and McClure, JJ.